# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MURPHY, ERIC C                        §   Case No. 11-33444
                                      §
         Debtor(s)                    §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/14/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa Courtroom 201
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2012                   By: /s/ Bradley J. Waller
                                                       Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MURPHY, ERIC C | § | Case No. 11-33444 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.27 |
| and approved disbursements of | $ | 32.87 |
| leaving a balance on hand of[1] | $ | 19,967.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,750.03 | $ 0.00 | $ 2,750.03 |
| Trustee Expenses: BRADLEY J. WALLER | $ 97.00 | $ 0.00 | $ 97.00 |
| Accountant for Trustee Fees: Lee Schwendner | $ 881.25 | $ 0.00 | $ 881.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,728.28 |
| Remaining Balance | $ 16,239.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 250,236.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Manangement, Inc. | $ 14,906.81 | $ 0.00 | $ 967.38 |
| 000002 | Capital One Bank (USA), N.A. | $ 857.71 | $ 0.00 | $ 55.66 |
| 000003 | Capital One Bank (USA), N.A. | $ 33,662.64 | $ 0.00 | $ 2,184.54 |
| 000004 | Am Ex Cent Bank - to be turned over | $ 16.01 | $ 0.00 | $ 1.04 |
| 000005 | Bayview Loan Servicing, LLC | $ 200,793.39 | $ 0.00 | $ 13,030.50 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,239.12 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 11-33444   Doc 37   Filed 08/23/12   Entered 08/25/12 23:58:08   Desc Imaged
Certificate of Notice   Page 5 of 7
Case 11-33444   Doc 21   Filed 10/12/11   Entered 10/14/11 23:29:18   Desc Imaged
Certificate of Service   Page 2 of 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-33444-BWB
Eric C Murphy                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: tmaurer              Page 1 of 1              Date Rcvd: Oct 12, 2011
                               Form ID: ntcftfc7          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2011.
db              Eric C Murphy,    PO Box 303,    Beecher, IL 60401-0303
17674771       +First Midwest Bank,    200 E. Corning Street,    Peotone, IL 60468-9210
17674772       +Freedman, Anselmo, Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
17674774       +Nikolas A. Schad,    Potestivo & Associates,    223 W. Jackson Blvd-Suite 610,
                 Chicago, IL 60606-6911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17674768       +EDI: MERRICKBANK.COM Oct 13 2011 03:08:00      Advanta Bk,    Po Box 844,
                 Spring House, PA 19477-0844
17674769       +EDI: AMEREXPR.COM Oct 13 2011 03:08:00      Amex,    American Express Special Research,
                 Po Box 981540,    El Paso, TX 79998-1540
17674770       +EDI: CAPITALONE.COM Oct 13 2011 03:08:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
17674773       +EDI: MID8.COM Oct 13 2011 03:08:00      Midland Credit Management,    Po Box 939019,
                 San Diego, CA 92193-9019
17850783       +EDI: MID8.COM Oct 13 2011 03:08:00      Midland Credit Manangement, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
17674775       +EDI: SEARS.COM Oct 13 2011 03:08:00      Sears,    701 East 60th Street N,
                 Sioux Falls, SD 57104-0432
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2011                      Signature:    _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-33444-BWB
Eric C Murphy                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer            Page 1 of 2            Date Rcvd: Aug 23, 2012
                              Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
db              Eric C Murphy,    PO Box 303,    Beecher, IL  60401-0303
18084514        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17674769       +Amex,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18158047       +Bayview Loan Servicing, LLC,    as servicer for First Midwest Bank,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gable, FL 33146-1837
17934263        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
17674770       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
17674772       +Freedman, Anselmo, Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
17674774       +Nikolas A. Schad,    Potestivo & Associates,    223 W. Jackson Blvd-Suite 610,
                 Chicago, IL 60606-6911
17674775       +Sears,    701 East 60th Street N,    Sioux Falls, SD 57104-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17674768       +E-mail/Text: bkr@cardworks.com Aug 24 2012 02:36:56      Advanta Bk,    Po Box 844,
                 Spring House, PA 19477-0844
17674771       +E-mail/Text: fmbbankruptcy@firstmidwest.com Aug 24 2012 02:52:28      First Midwest Bank,
                 200 E. Corning Street,    Peotone, IL 60468-9210
17674773       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2012 02:34:45      Midland Credit Management,
                 Po Box 939019,    San Diego, CA 92193-9019
17850783       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2012 02:34:45      Midland Credit Manangement, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 2 of 2              Date Rcvd: Aug 23, 2012
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2012 at the address(es) listed below:

        Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
        Carleen L Cignetto    on behalf of Debtor Eric Murphy cignettolaw@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3