UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MURPHY, ERIC C § Case No. 11-33444
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| SCHWENDNER, LEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | BAYVIEW LOAN SERVICING, LLC | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-33444 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|---|
| Case Name: | MURPHY, ERIC C | | | | Date Filed (f) or Converted (c): | 08/16/11 (f) |
| | | | | | 341(a) Meeting Date: | 09/08/11 |
| For Period Ending: | 10/17/12 | | | | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 333 N. Harlem, Peotone IL 60468  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account First Community Bank and Trust  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account First Midwest Bank-Peotone Busi  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Location: 333 N. Harlem, Peotone IL 60468  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Normal clothing for adult male laborer  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6. 1982 Chevrolet K20 Pick up truck 651,000 miles c  Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 7. 1974 Hillsboro Flatbed trailer with no wiring or  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 500.00 | FA |
| 8. 2001 Ford Excursion 206, 000 miles  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 9. 1987 Ford F350 pick up truck 80,000 miles experi  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,100.00 | 2,100.00 | | 2,100.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 11-33444 BB  Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MURPHY, ERIC C | Date Filed (f) or Converted (c): | 08/16/11 (f) |
|  |  | 341(a) Meeting Date: | 09/08/11 |
|  |  | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 2005 Royal Trailer  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 |  | 500.00 | FA |
| 11. 1999 International Harvester 4800 bad engine and  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 0.00 |  | 0.00 | FA |
| 12. John Deere 350-C Dozer-bad motor not useable sal  Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 |  | 0.00 | FA |
| 13. John Deere 650 Dozer  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 8,000.00 |  | 8,000.00 | FA |
| 14. John Deere 310 SE Backhoe  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 3,000.00 | OA | 3,000.00 | FA |
| 15. John Deere 892 Elc Excavator-not running salvage  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 2,900.00 |  | 2,900.00 | FA |
| 16. 1998 Winston 12 Ton Trailer  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 17. Misc hand tools  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 |  | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.27 | Unknown |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 11-33444 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | MURPHY, ERIC C | | | Date Filed (f) or Converted (c): | 08/16/11 (f) |
| | | | | 341(a) Meeting Date: | 09/08/11 |
| | | | | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $46,800.00 | $20,000.00 | | $20,000.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting tax returns

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 09/30/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-33444 -BB | |
| Case Name: | MURPHY, ERIC C | |
| Taxpayer ID No: | *******7902 | |
| For Period Ending: | 10/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******2065 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/11 | | First Community Bank & Trust | per court order of November 18, 2011 | | 20,000.00 | | 20,000.00 |
| | | Beecher, IL | DEPOSIT CHECK #11871 | | | | |
| | 7 | | Memo Amount: 500.00 | 1129-000 | | | |
| | 8 | | Memo Amount: 3,000.00 | 1129-000 | | | |
| | 9 | | Memo Amount: 2,100.00 | 1129-000 | | | |
| | 10 | | Memo Amount: 500.00 | 1129-000 | | | |
| | 13 | | Memo Amount: 8,000.00 | 1129-000 | | | |
| | 14 | | Memo Amount: 3,000.00 | 1129-000 | | | |
| | 15 | | Memo Amount: 2,900.00 | 1129-000 | | | |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 20,000.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.87 | 19,967.27 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 19,967.40 |
| 01/26/12 | | Transfer to Acct #*******3242 | Bank Funds Transfer | 9999-000 | | 19,967.40 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 20,000.00 | COLUMN TOTALS | 20,000.27 | 20,000.27 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 19,967.40 | |
| | | Subtotal | 20,000.27 | 32.87 | |
| Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 20,000.27 | 32.87 | |

Page Subtotals  20,000.27  20,000.27

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-33444 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MURPHY, ERIC C | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3242 Checking Account |
| Taxpayer ID No: | *******7902 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******2065 | Bank Funds Transfer | 9999-000 | 19,967.40 | | 19,967.40 |
| 09/14/12 | 001001 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 2,750.03 | 17,217.37 |
| 09/14/12 | 001002 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 97.00 | 17,120.37 |
| 09/14/12 | 001003 | Lee Schwendner<br>DiGiovine Hnilo Jordan & Johnson Ltd.<br>2570 Foxfield Road Suite 301<br>St. Charles, IL 60174 | Accountant for Trustee Fees (Other | 3410-000 | | 881.25 | 16,239.12 |
| 09/14/12 | 001004 | Midland Credit Manangement, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego CA 92123 | Claim 000001, Payment 6.48952% | 7100-000 | | 967.38 | 15,271.74 |
| 09/14/12 | 001005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 6.48937% | 7100-000 | | 55.66 | 15,216.08 |
| 09/14/12 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 6.48951% | 7100-000 | | 2,184.54 | 13,031.54 |
| 09/14/12 | 001007 | CLERK OF THE UNITED STATES<br>BANKRUPTCY COURT<br>NORTHERN DISTRICT OF IL/EASTERN<br>DIVISION<br>219 S. DEARBORN STREET | Claim 000004, Payment 6.49594%<br>Am Ex Cent Bank - to be turned over<br>to US Bankruptcy Clerk | 7100-000 | | 1.04 | 13,030.50 |
| | | | Page Subtotals | | 19,967.40 | 6,936.90 | |

Ver: 17.00b

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-33444 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MURPHY, ERIC C | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3242  Checking Account |
| Taxpayer ID No: | *******7902 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | 001008 | CHICAGO, IL 60604<br>Bayview Loan Servicing, LLC<br>as servicer for First Midwest Bank<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gable, FL 33146 | Claim 000005, Payment 6.48951% | 7100-000 | | 13,030.50 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 19,967.40 | 19,967.40 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 19,967.40 | 0.00 | |
| | | Subtotal | 0.00 | 19,967.40 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 19,967.40 | |
| Total Allocation Receipts: | 20,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********2065 | 20,000.27 | 32.87 | 0.00 |
| Total Memo Allocation Net: | 20,000.00 | Checking Account - ********3242 | 0.00 | 19,967.40 | 0.00 |
| | | | 20,000.27 | 20,000.27 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  13,030.50

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*